**Electronically Filed
Supreme Court
SCWC-15-0000005
15-OCT-2018
08:03 AM**

SCWC-15-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,
Respondent/Plaintiff-Appellee,

v.

GRISEL REYES-TOLEDO,
Petitioner/Defendant-Appellant,

and

WAI KALOI AT MAKAKILO COMMUNITY ASSOCIATION;
MAKAKILO COMMUNITY ASSOCIATION; and
PALEHUA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000005; CIVIL NO. 12-1-0668)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed October 9, 2018, is corrected as follows:

On page 24, the nested parenthetical included in the citation to Moana v. Wong, 141 Hawaiʻi 100, 109, 405 P.3d 536, 545 (2017), is changed from "(quoting State v. Bohannon, 102 Hawaiʻi 228, 240, 74 P.3d 980, 992 (2003))" to "(citation omitted)."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, October 15, 2018.

/s/ Sabrina S. McKenna

Associate Justice

